**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONTAVIOUS SHERRODE SMITH,

    Plaintiff,

-vs-                                                  Case No. 6:13-cv-82-Orl-18TBS

STEVE BALLMER and CHRIS BABEL,

    Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The ruling on the Motion to Proceed In Forma Pauperis (Doc. 2) is **DEFERRED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice and Plaintiff has twenty-one days from the date of this order to file an **AMENDED** complaint. Clerk of the Court is directed to terminate any pending motions and CLOSE this case if Plaintiff fails to file an amended complaint within the time allotted.

    It is **SO ORDERED** in Orlando, Florida, this ____ day of March, 2013.

                                            G. KENDALL SHARP
                                            Senior United States District Judge

Copies to:

Counsel of Record